IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Cephas Addison, Jr., <br><br> Plaintiff, <br> vs. <br><br> Andrew Saul, Commissioner <br> of Social Security, <br><br> Defendant. | Civil Action No. 5:18-cv-3168-CMC <br><br> **ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 24. In his petition, Plaintiff seeks an award of attorney's fees in the amount of $2,719.19, representing 14.5 attorney hours at the rate of $187.53 per hour.

The Commissioner filed a response indicating that he does not oppose payment of $2,719.19 in attorney's fees to Plaintiff. ECF No. 25. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $2,719.19 in attorney's fees, payable directly to Plaintiff.

**IT IS SO ORDERED**.

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
January 2, 2020